IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

G.L., *a minor, by and through Rhondalee
Cusson, Individually and as Next Friend of
G.L.*,

        Plaintiff,

    vs.

ABBOTT LABORATORIES,INC.,

        Defendant.

Case No. 14-cv-527 JPG/PMF

## MEMORANDUM AND ORDER

Upon review, it appears that this case is related to *Alexander, et al. v. Abbott Laboratories, Inc.*, 3:12-cv-52-DRH-SCW, and other cases in this district asserting injury from Depakote or other similar products manufactured by defendant Abbott Laboratories, Inc.  All of these cases are now being assigned to District Judge Nancy J. Rosenstengel and Magistrate Judge Stephen C. Williams.  Accordingly, to preserve judicial economy, for the convenience of the parties and to avoid inconsistent judgments, the undersigned judge hereby **TRANSFERS** this case to Judge Rosenstengel and Magistrate Judge Williams for all further proceedings. All further documents shall bear Case No. 14-cv-527 NJR/SCW.

**IT IS SO ORDERED.**

**DATED:** May 20, 2014

*s/J. Phil Gilbert*
**U.S. DISTRICT JUDGE**